IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DOMINICK ANTHONY MILIA, JR.                                           PLAINTIFF

      v.                    Civil No.  10-2196

SHERIFF MIKE ALLEN; and
JAIL ADMINISTRATOR CAPTAIN
JEFF MARVIN                                                                        DEFENDANTS

## JUDGMENT

For the reasons stated in a memorandum opinion entered this same day, the Court finds that the motion for judgment on the pleadings (Doc. 10) should be and hereby is granted and this case is dismissed.

IT IS SO ORDERED this 23rd day of September 2011.

        /s/ *J. Marschewski*
       HON. JAMES R. MARSCHEWSKI
       CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)